IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOE DOWNEN and MICHELE DOWNEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-cv-343-WDS |
| ) | |
| STONEHURST FARM DAIRY SALES, INC., ) et al., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Consented Motion for Extension of Time in which to Respond to the Complaint (Doc. 4), filed by the defendants, Stonehurst Farm Dairy Sales, Inc., Garry Martin and Vicki Martin d/b/a/ Five Star Farms**,** on June 28, 2005.  The Motion is **GRANTED IN PART**.  The parties are directed to Federal Rule of Civil Procedure 15 and SDIL-LR 15.1, which govern the filing of an amended complaint and an answer thereto.  Defendant has until August 1, 2005 to file an answer to the Complaint.

**DATED: July 1, 2005.**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**
